IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 6:09-1638-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $12,013 IN UNITED STATES CURRENCY, | ) ) | ORDER FOR ENTRY OF DEFAULT JUDGMENT |
| | ) | |
| Defendant. | ) | |

This *in rem* forfeiture action was initiated through a Complaint filed on June 19, 2009. It concerns $12,013 in United States Currency ("Defendant property"), which agents of the United States Secret Service ("Secret Service") seized on January 16, 2009, during the execution of a federal search warrant. The Complaint alleges that the Defendant property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §1344 and 18 U.S.C. §1014, and is therefore subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C). Anthony Grant previously submitted an administrative claim with the Secret Service seeking the return of the Defendant property, resulting in the filing of the initiation of judicial forfeiture proceedings.

Based upon the government's motion seeking default judgment, it appears that the United States served Anthony Grant with notice of the Complaint on or about June 26, 2009, and that neither Grant nor any other person has filed a Claim or Answer in these judicial proceedings relating to the Defendant property. It further appears that a copy of the Complaint and Notice of Judicial Forfeiture Action, among other documents, were served

upon Anthony Grant, the only known potential claimant; that publication has been lawfully made in this matter; and, that lawful notice was given accordingly. The Court finds and concludes as follows:

1. That process was lawfully executed in this action and returned according to law;

2. That the $12,013 in United States Currency was lawfully arrested by the United States Secret Service pursuant to the Warrant of Arrest and Notice *in rem* issued by this Court;

3. That public notice of this action and of the arrest of the $12,013 in United States Currency was lawfully posted on an official internet government forfeiture site;

4. That Anthony Grant, the only known potential claimant, has received notice of execution of process in this action;

5. That Anthony Grant has failed to file a Claim and Answer in this action, as required by Supplemental Rule G(5) for Admiralty or Maritime Claims and Asset Forfeiture Actions;

6. That no person has filed herein any verified claim or answer within the time fixed by law; and

7. That the allegations of the Complaint for Forfeiture *in rem* are taken as admitted.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. All persons claiming any right, title or interest in or to the $12,013 in United States Currency, including Anthony Grant, are hereby held in default.

2. Default judgment shall be entered by the Clerk of Court against the Defendant Property and in favor of the United States.

3. Pursuant to 18 U.S.C. §981(a)(1)(C), the $12,013 in United States Currency is hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

5. Clear title in and to the $12,013 in United States Currency is vested in the United States of America, and no other right, title or interest exists therein. All other claims in the $12,013 in United States Currency are hereby forever foreclosed and barred.

6. The $12,013 in United States Currency forfeited herein shall be disposed of by the United States in accordance with law.

IT IS SO ORDERED this 9th day of September, 2009

**s/Henry F. Floyd**
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina

3